Bijal V. Vakil (SBN192878)
bijal@whitecase.com
Shamita Etienne-Cummings (SBN 202090)
setienne@whitecase.com
Eric E. Lancaster (SBN 244449)
eric.lancaster@whitecase.com
WHITE & CASE LLP
Two Palo Alto Square, Suite 900
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650.213.0300
Facsimile:  650.213.8158

Attorneys for Plaintiff
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONTEREY RESEARCH, LLC, <br><br> Defendants. | Case No.  5:20-cv-03296-VC <br><br> **JOINT REPORT REGARDING ADR** |

1    Pursuant to the Court's request in ECF No. 9, the parties met and conferred on August 26, 2020, regarding the prospect of case resolution and report as follows:

Plaintiff Marvell Semiconductor, Inc. ("Marvell") filed its complaint for declaratory judgment against Monterey Research, LLC ("Monterey Research") on May 14, 2020.  Dkt. 1.  Marvell and Monterey Research previously reached an agreement for Monterey Research to accept service via email on August 5, 2020 in exchange for Marvell's agreement to allow Monterey Research 60 days to respond to Marvell's Complaint to allow the parties to focus on their ongoing settlement discussions and the court.  *See* Dkt. 10.  The Case Management Statement is due October 28, 2020 and the Initial Case Management Conference is set for November 4, 2020.  Monterey Research's counsel has not yet made an appearance.  *Id*.

The parties are engaged in discussions relating to potential settlement and, given the early stage of this litigation, do not currently need assistance from a magistrate or the Court's ADR program.  Monterey Research has stated that it reserves the right to revisit the possible need for ADR assistance if it does not receive, by September 16, 2020, a counter offer from Marvell.

I certify that both Marvell and Monterey Research have been provided with, and are aware of, the General Order for Pending Civil Cases Before Judge Vince Chhabria.

Dated:   August 26, 2020                    Respectfully submitted,

                                            By:  */s/ Eric Lancaster*
                                                 Eric Lancaster

                                            Attorneys for Plaintiff
                                            MARVELL SEMICONDUCTOR, INC.